IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHAMEKA SANDIFORD,

      Appellant,

  v.

      Case No.  5D23-95
      LT Case No. 16-2021-SC-033237-XXXX

BANK OF AMERICA, N.A.,

      Appellee.

_____/

Decision filed February 21, 2023

Appeal from the County Court
for Duval County,
Scott Mitchell, Judge.

Chameka Sandiford, Jacksonville, pro se.

Carlos Cruanes, of Andreu, Palma, Lavin &
Solis, PLLC, Miami, and Iliana Hernandez,
of Andreu, Palma, Lavin & Solis, PLLC, Juno
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS and BOATWRIGHT, JJ., concur.